1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7

MWDB, et al.,

Plaintiffs,

8

9

v.

10

SIENA PACIFIC, INC., et al.,

Defendants.

11

Case No.  16-cv-00440-JSC

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

12
13

The Court has reviewed the parties' Joint Case Management Conference Statement. (Dkt.

14

No. 16.)  The Hon. Steven Brick (ret.) has been appointed to serve as mediator (Dkt. No. 15), and

15

the mediation deadline is July 11, 2016.  (Dkt. No. 12.)  As the parties believe it is in their best

16

interests to set a case schedule after the mediation, and that they can engage in the discovery

17

necessary for a meaningful settlement conference prior to the mediation, the Court continues the

18

May 12, 2016 case management conference to August 11, 2016.  The parties shall submit an

19

updated joint case management conference statement one week before the conference, and the

20

statement shall include a proposed case schedule.

21

**IT IS SO ORDERED.**

22

Dated: May 10, 2016

23
24
25

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

26
27
28

United States District Court
Northern District of California